UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :
                                          INDICTMENT
    v.                             :
                                          07 Cr.
MELVIN LYNCH,                      :
    a/k/a "Miguel Lynch,"                 07 CRIM. 853
    a/k/a "Mivin Lynch,"           :
    a/k/a "Michael Lynch,"
                                   :
            Defendant.
- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about December 2006, up to and including on or about July 20, 2007, in the Southern District of New York, MELVIN LYNCH, a/k/a "Miguel Lynch," a/k/a "Mivin Lynch," a/k/a "Michael Lynch," the defendant, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about July 13, 2005, of criminal sale of a controlled substance in the fifth degree, a Class D felony, in Bronx County Supreme Court, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a Crescent .38 caliber revolver, which previously had been shipped and transported in

interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)


_____    _____
FOREPERSON    MICHAEL J. GARCIA
                                 United States Attorney

```
Form No. USA-33s-274 (Ed. 9-25-58)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MELVIN LYNCH,
a/k/a "Miguel Lynch,"
a/k/a "Mivin Lynch,"
a/k/a "Michael Lynch,"

Defendant.

### INDICTMENT

07 Cr.

(18 U.S.C. § 922(g)(1).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

*Dennise Suarez-Peña*

*Case assigned to Judge Kaplan*