**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/07
```

October 26, 2007

**BY HAND DELIVERY**

The Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Melvin Lynch,
           07 Cr. 853 (LAK)

Dear Judge Kaplan:

    The Government has been informed by Your Honor's deputy that the status conference scheduled for October 29, 2007, at 4:30 p.m., has been adjourned at the request of defense counsel until November 9, 2007, at 11:00 a.m. The Government respectfully requests that the Court exclude time from October 29, 2007 until November 9, 2007 pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue discussions regarding a possible disposition of this case. Defense counsel consents to this request for the exclusion of time. A proposed order granting the requested exclusion of time is enclosed.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Christian R. Everdell
Assistant United States Attorney
(212) 637-2556

*Granted for reasons stated above*
SO ORDERED
12/29/07
LEWIS A. KAPLAN, USDJ

Enclosure
cc:   Jennifer L. Brown, Esq
      (by facsimile w/o enclosure)