UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :          ORDER

          -v.-                    :          07 Cr. 853

MELVIN LYNCH,                     :
     a/k/a "Miguel Lynch,"
     a/k/a "Mivin Lynch,"         :
     a/k/a "Michael Lynch,"
                                  :
          Defendant.
                                  :
- - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07

          WHEREAS, with the defendant's consent, his guilty plea

allocution was taken before the Honorable Douglas F. Eaton, on

November 21, 2007;

          WHEREAS, a transcript of the allocution was made and

thereafter transmitted to the District Court; and

          WHEREAS, upon review of that transcript, this Court has

determined that the defendant entered the plea of guilty to Count

One of Indictment 07 Cr. 853 (LAK) knowingly and voluntarily, and

that there is a factual basis for the guilty plea,

          IT IS ORDERED that the defendant's guilty plea be, and

hereby is, ACCEPTED.

Dated:    December 10, 2007

                              _____
                              The Honorable Lewis A. Kaplan
                              United States District Judge