# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUHTERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

MELVIN LYNCH,     Defendant.

Docket Number __07 CR. 853 (LAK)__

HONORABLE LEWIS A. KAPLAN
(District Court Judge)

Notice is hereby given that **the defendant MELVIN LYNCH** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]: _____
(specify)

entered in this action on __02/28/07__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ]:    sentence only [ ]:    conviction and sentence [✓]

Date: **FEBRUARY 29, 2008**

TO:
CHRISTIAN EVERDELL, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

MELVIN LYNCH
REG. NO. 60264-054
MDC

ADD ADDTIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B

### ➤ QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
 [ ] Daily copy is available
 [ ] U.S. Attorney has placed order
 [ ] Other  Attach explanation

### ➤ TRANSCRIPT ORDER ➤

Prepare transcript of                    Dates
[✓] Pre-trial proceedings  11/21/07
[ ] Trial
[✓] Sentence          2/28/07
[ ] Post-trial proceedings

### DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature    JENNIFER L. BROWN, ESQ.    DATE  02/29/08

➤ COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL