UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

UNITED STATES OF AMERICA

                                 DOCKET#:  1:07CR00853-01(LAK)

-VS-

MELVIN LYNCH a.ka. MIGUEL LYNCH
                   DEFENDANT

-------------------------------------------------X

## ORDER

ORDERED that pursuant to Protect Act of April 30, 2003, Lynch's Term of Supervised Release, which commenced on June 4, 2018 and that is scheduled to expire on June 3, 2021, it hereby terminated, effective today's date, on consent.

SO ORDERED

Dated: New York, New York

February 12, 2021

_____
Lewis A. Kaplan

United States Senior District Judge       2/15/21